UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 CR 00123 |
| | ) | Judge Marvin E. Aspen |
| ARTHUR SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

We received Defendant's September 12, 2013 request to file a document under seal. The Government may respond to the pending motion, if it chooses, no later than September 19, 2013.

SO ORDERED:

_Marvin E. Aspen_
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         September 12, 2013