## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 CR 00123 |
| | ) | Judge Marvin E. Aspen |
| ARTHUR SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The final pretrial conference scheduled to take place on Monday, October 21, 2013 is hereby stricken. The pretrial conference shall take place on Tuesday, October 22, 2013 at 9 a.m., with jury selection and trial to follow immediately thereafter. It is so ordered.

SO ORDERED:

_/s/ Marvin E. Aspen_
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         October 1, 2013