UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 CR 00123 |
| | ) | Judge Marvin E. Aspen |
| ARTHUR SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 25, 2013, we issued an order stating that should the parties wish to submit proposed voir dire questions, they would need to do so by March 1, 2013. When the parties failed to comply with certain aspects of the order, we issued another order on April 22, 2013, in which we stated that the parties would need to submit questions by May 1, 2013. In light of the fact that neither party filed voir dire questions on either occasion, we assume the parties do not wish to file such questions for the October 22, 2013 trial. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         October 4, 2013