UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00123 |
| v. | ) | Judge Griffin |
| | ) | |
| ARTHUR SMITH | ) | |

## MOTION TO DISMISS MATERIAL WITNESS
## ARREST WARRANT FOR TINA LYNN REED

On October 18, 2013, this Court issued a material witness arrest warrant for Tina Lynn Reed. On October 20, 2013, Ms. Reed was arrested on state charges in Clarksville, Tennessee. She has not posted bond. With Ms. Reed in state custody and a Writ of Habeas Corpus ad Testificandum having been issued by this Court, the United States hereby moves the Court to dismiss the material witness warrant (Docket Entry # 101).

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: /s/ William Deneke
William L. Deneke
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615/736-5151

GRANTED
/s/ Judge